## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

MATTHEW W. SWANGER,
#NH4770,

      Petitioner,

      v.

COMMONWEALTH OF
PENNSYLVANIA, et al.,

      Respondents.

CIVIL ACTION NO. 3:20-cv-01309

(SAPORITO, M.J.)

## ORDER

AND NOW, this 11th day of October, 2023, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1.    The petition (Doc. 1) is **DENIED** and **DISMISSED**;

2.    The court declines to issue a certificate of appealability, as the petitioner has failed to demonstrate "a substantial showing of the denial of a constitutional right"; and

3.    The clerk is directed to mark this case as **CLOSED**.

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge